JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EDEN SURGICAL CENTER, a California medical corporation,<br><br>Plaintiff,<br><br>v.<br><br>BOYD COFFEE COMPANY,<br><br>Defendant. | CASE NO. CV 10-0884 PA (RZx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
|---|---|

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed, without prejudice, as to Defendant Boyd Coffee Company. Each party shall bear its own fees and costs.

DATED: June 23, 2010

_____

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

-1-

ORDER DISMISSING
ACTION WITHOUT PREJUDICE