1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN SURGICAL CENTER, a California medical corporation,<br><br>Plaintiff,<br><br>v.<br><br>BOYD COFFEE COMPANY,<br><br>Defendant. | CASE NO.  CV 10-0884 PA (RZx)<br><br>**ORDER DISMISSING ACTION <u>WITH</u> PREJUDICE** |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed, <u>with</u> prejudice, as to Defendant Boyd Coffee Company.  Each party shall bear its own fees and costs.

DATED:  August 4, 2010

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE